United States of America
of Virginia
FILED AH

Mr. Jason Wayne Nuillieux

Jason Wayne
Nuillieux

P.O. Box 1251
Herndon Virginia
20170
202 749 2445

V.

2020 FEB -4 A 9: 52

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

The United States of America Mint.

1:20cv117

Complaint.

My Behavior Showed You No.

The Court Tryed To Come To Me And Make me A Part of The Court as a child of the age of Three Years old. In My Distribution of No, The Court Committed Crime And is Now freeing War and incrocument/invation And is At a fight With Iraq And out liking Countrys And the Losers. The United States of America is A Louser in The Land And in a fight as with in any future War. The United States of America President is a Ceimial, Rapest And Murder murder and Specks his Crimes as a Colth of Protection of Winning. The United States of America Supreme Court is a Lousy And The Judges or Justices or Whate ever you want to call Them is a Loser; The Rank They came from is Lousers And They Also as The United States of America President are Cemnis, Rapest, And Murders

( See next page )

EACH AND Every MeMBer of THE United States of America Supream Court Building as with THE Judges or Justices or whatever you want it call them from clerk to U.S. millitary and marcheal Has committed a Crime and a witness ~~And Has~~ pointed them out to Be a Crimal. Even Justice or Judge Has Murdered, or Raped and Left Witness BeHind.

I and I alone Counsel this, plaintiff IT and is Record By the Media Being the Cheif and commanded of the people to compleat it.

All Judges and Justice as with All Employees of THE United States of America Supream Court Has Suffered Count and Trial of their Crime But Has NOT Yet Suffered DEATH, Prisonment, or Pain. The Cheif Justise Has Suffered pain when He Hit THE floor By Being Hit in THE Head By a Tow By Wine.

I am a CHilD abused and a Victim of infaticide.

Mr. Jason Wayne ~~Willieax~~
Williax

~~Duess~~

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
_____ **DIVISION**

Mr. Jason Wayne Dailliuex

Plaintiff(s),

v.

Civil Action Number: 1:20cv 117

United States of America mint

Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** Complaint.

(Title of Document)

Mr. Jason Wayne Dailliuex

Name of ~~Pro Se~~ Party (Print or Type)

Duress

Signature of ~~Pro Se~~ Party

Executed on: February 4th 2020 (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.

(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of _Pro Se_ Party (Print or Type)

_____
Signature of _Pro Se_ Party

Executed on: _____ (Date)