IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JASON WAYNE NAILLIEUX, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF )<br>AMERICA MINT, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 1:20-cv-00117 (AJT/IDD) |

**ORDER**

On February 4, 2020, Plaintiff Jason Wayne Naillieux filed a Complaint [Doc. No. 1]. On June 23, 2020, the Court ordered Plaintiff to show case, if any there be, why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failing to effect service within ninety days of filing the Complaint. [Doc. No. 5]. The Clerk's Office mailed a copy of the June 23, 2020 Order to Plaintiff at the address listed in the record. *Id.* On July 2, 2020, the mailed copy of the Court's Order was returned as undeliverable. [Doc. No. 6]. It is the responsibility of *pro se* litigants to provide an address where notice can be served on such person. *See* E.D. Va. Loc. Rules 7(B). Accordingly, because Plaintiff has failed to provide an address at which he can receive filings and orders from this Court, it is hereby

ORDERED that this action be, and the same hereby is, DISMISSED without prejudice.

The Clerk is directed to forward a copy of this Order to Plaintiff at the address listed in the file and to close this case.

/s/
Anthony J. Trenga
United States District Judge

September 9, 2020
Alexandria, Virginia